# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**93**

**CA 11-01523**

PRESENT: CENTRA, J.P., FAHEY, PERADOTTO, CARNI, AND MARTOCHE, JJ.

---

PATRICIA STERRY, PLAINTIFF-RESPONDENT,

V                                                                     ORDER

CENTRO NP, LLC, DEFENDANT-APPELLANT.
-------------------------------------------
CENTRO NP, LLC, THIRD-PARTY PLAINTIFF,

V

JP TRUCKING, INC., THIRD-PARTY DEFENDANT.

---

HARRINGTON, OCKO & MONK, LLP, WHITE PLAINS (JULIE C. HELLBERG OF COUNSEL), FOR DEFENDANT-APPELLANT.

LAW OFFICE OF CRAIG Z. SMALL, BUFFALO (CRAIG Z. SMALL OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

---

Appeal from an order of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered May 6, 2011 in a personal injury action. The order, among other things, denied that part of the motion of defendant-third-party plaintiff seeking summary judgment dismissing the complaint.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  February 10, 2012                    Frances E. Cafarell
                                               Clerk of the Court